**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEFFREY CHESTNUT, a/k/a Dwight Johnson, | CIVIL ACTION NO. 3:CV-12-0579 |
| Petitioner, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE BLEWITT) |
| PENNSYLVANIA STATE ATTORNEY GENERAL, *et al.*, | |
| Respondents. | |

## ORDER

**NOW**, this _19th_ day of December, 2012, upon review of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 15) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 15) is **ADOPTED**.

(2)    The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

(3)    A Certificate of Appealability **SHALL NOT ISSUE**.

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge